IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| AMERICAN BIRD CONSERVANCY | ) | |
| PLAINTIFF | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. 1:13-CV-723 |
| | ) | TSE/TRJ |
| U.S. FISH AND WILDLIFE SERVICE | ) | |
| U.S. DEPARTMENT OF THE | ) | |
| INTERIOR, | ) | |
| | ) | |
| DEFENDANTS | ) | |
| _____ | ) | |

Notice of In Camera Filing

PLEASE TAKE NOTICE that, pursuant to this Court's Order of March 27, 2014, the

defendants submitted to the Court for *in camera ex parte* review copies of the documents

remaining at issue as directed by the Court's Order.

Dated: April 7, 2014

RESPECTFULLY SUBMITTED

DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

BY

_____/s/_____
R. JOSEPH SHER
ASSISTANT UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
JUSTIN W. WILLIAMS UNITED STATES ATTORNEYS
BUILDING
2100 JAMIESON AVE.,
ALEXANDRIA, VA. 22314
TELEPHONE:    (703) 299-3747
FAX:              (703) 299-3983

E-MAIL        JOE.SHER@USDOJ.GOV

CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the

CM/ECF system, which will send a notification of such filing (NEF) to the following:

Tammy L. Belinsky
The Environmental Law Group PLLC
9544 Pine Forest Road
Copper Hill, VA 24079
(540) 929-4222
Fax: (540) 929-9195
Email: tbelinsky@envirolawva.com

Dated: April 7, 2014

/s/
R. Joseph Sher
ASSISTANT UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
JUSTIN W. WILLIAMS UNITED STATES ATTORNEYS
BUILDING
2100 JAMIESON AVE.,
ALEXANDRIA, VA. 22314
TELEPHONE:    (703) 299-3747
FAX:          (703) 299-3983
E-MAIL        JOE.SHER@USDOJ.GOV
Attorney for the Defendant