IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMERICAN BIRD CONSERVANCY,    )<br>    Plaintiff,    )<br>    )<br>    v.    )<br>    )<br>U.S. FISH AND WILDLIFE SERVICE,    )<br>et al.,    )<br>    Defendants.    ) | Case No. 1:13-cv-723 |

## ORDER

For good cause,

It is hereby **ORDERED** that the parties are **DIRECTED** to appear before the Court at 10 a.m. on April 25, 2014. The attorney or attorneys for defendant who were responsible for complying with the Court's March 27, 2014 Order (Doc. 34) must attend.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
April 7, 2014

/s/
_____
T. S. Ellis, III
United States District Judge