# UNITED STATES DISTRICT COURT
## Civil Minutes - General

Case No.: 1:13-CV-00723  
Court Time: 10:18AM-10:31AM (0:13)

Date: 04/25/2014

Docket Entry: **DOCKET CALL**

**AMERICAN BIRD CONSERVANCY**

vs.

**U.S. FISH AND WILDLIFE SERVICE ET AL**

Present: Honorable **T.S. ELLIS, III**, U.S. District Judge

| | |
|---|---|
| Courtroom Deputy: | Margaret Pham |
| Court Reporter: | Michael A. Rodriquez |
| Plaintiff's Counsel: | Tammy L. Belinsky |
| Defendant's Counsel: | R. Joseph Sher & Roland Blackmon |

**PROCEEDINGS:**

Counsel admonished to resubmit documents as directed by Order [34].

Documents are to be resubmitted by 5/2/2014.

Documents box returned to counsel in open court.

Order to follow.