IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMERICAN BIRD CONSERVANCY,<br>    Plaintiff,<br><br>    v.<br><br>U.S. FISH AND WILDLIFE SERVICE,<br>*et al.*,<br>    Defendants. | )<br>)<br>)<br>)  Case No. 1:13-cv-723<br>)<br>)<br>)<br>) |

## ORDER

On Friday, April 25, 2014, the parties appeared before the Court for a status conference. At that time, the documents previously delivered to the Court for an *in camera* review were returned to the defendants.

Accordingly, for the reasons stated from the bench, and for good cause,

It is hereby **ORDERED** that defendants are **DIRECTED** to resubmit the documents for *in camera* review by May 2, 2014 at 5 p.m. The submitted documents must be in full compliance with the Court's March 27, 2014 Order. (Doc. 34).

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
April 25, 2014

/s/
T. S. Ellis, III
United States District Judge