IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMERICAN BIRD CONSERVANCY,   ) | |
| ) | |
| PLAINTIFF,   ) | |
| ) | CIVIL ACTION NO. 1:13-CV-723 TSE/TRJ |
| V.   ) | |
| ) | |
| U.S. FISH AND WILDLIFE SERVICE,   ) | |
| U.S. DEPARTMENT OF THE   ) | |
| INTERIOR,   ) | |
| ) | |
| DEFENDANTS   ) | |

**PLAINTIFF'S EXHIBIT D**

**TO PLAINTIFF'S REPLY IN SUPPORT OF ITS APPLICATION FOR ATTORNEYS' FEES AND COSTS**



Benson, Melanie <melanie_jbenson@fws.gov>

# Re: Kenedy Ranch wind farm FOIA - status of investigation

**Rodriguez, Alejandro** <alejandro_rodriguez@fws.gov>   Tue, Jan 14, 2014 at 1:11 PM

As per our conversation earlier regarding the 9 documents pursuant to exemption 7a, we (Office of Law Enforcement) have decided to release said documents as their release will not be detrimental or interfere with on-going enforcement proceedings regarding the Take of protected species at these two wind-energy farms.

Thank you and please do not hesitate to contact me if you have any questions or concerns.

Best regards,


Alejandro Rodriguez