IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| AMERICAN BIRD CONSERVANCY, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | CIVIL ACTION NO. 1:13-CV-723 TSE/TRJ |
| V. | ) | |
| | ) | |
| U.S. FISH AND WILDLIFE SERVICE, | ) | |
| U.S. DEPARTMENT OF THE INTERIOR, | ) | |
| | ) | |
| DEFENDANTS | ) | |

**PLAINTIFF'S EXHIBIT E**

**TO PLAINTIFF'S REPLY IN SUPPORT OF ITS APPLICATION FOR ATTORNEYS' FEES AND COSTS**

| | |
|---|---|
| **From:** | Hostetler, Bonnie J. |
| **To:** | Antoinette Urioste |
| **Cc:** | McClure, John C. |
| **Subject:** | RE: Hello from FWS |
| **Date:** | Thursday, March 21, 2013 9:02:00 AM |

Antoinette: Pursuant to our telephone discussion this morning, NPPD is OK with Fish and Wildlife Service releasing NPPD's letter from Patrick L. Pope to Michael D., George, Nebraska Supervisor, dated October 21, 2011. No information in this letter is deemed confidential business information by NPPD.

Thanks for your help.


*Bonnie J. Hostetler*
Senior Staff Attorney
Nebraska Public Power District
1414 15th Street
Columbus, NE 68601
bjhoste@nppd.com
402.563.5567



**From:** Antoinette Urioste [mailto:Antoinette_urioste@fws.gov]
**Sent:** Thursday, March 21, 2013 9:53 AM
**To:** Hostetler, Bonnie J.
**Subject:** Hello from FWS


Antoinette Urioste
U.S. Fish & Wildlife Service
Region 6 FOIA Office
P.O. Box 25486
Denver, CO 80225
303-236-4473

| | |
|---|---|
| **From:** | Kevin Solie |
| **To:** | antoinette_urioste@fws.gov |
| **Subject:** | PWSD1 FOIA Request |
| **Date:** | Friday, March 22, 2013 1:07:02 PM |

Referenced is the USFWS' letter dated March 15, 2013 requesting Basin Electric's input regarding whether the information contained in the Post-Construction Monitoring Report for the PrairieWinds SD1 facility may be released under a FOIA request by American Bird Conservancy.

Basin Electric has no objection to the information being released as described in your letter. We appreciate the opportunity to comment.

Please contact me if you have any questions, comments, or concerns.

KLS

Kevin L. Solie
Senior Water Quality/Waste Management Coordinator
Basin Electric Power Cooperative
1717 East Interstate Ave
Bismarck, North Dakota 58503

Direct Line: 701.557.5495
Cell: 701.202.5096