IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMERICAN BIRD CONSERVANCY, ) | |
| ) | |
|    PLAINTIFF, ) | |
| ) | CIVIL ACTION NO. 1:13-CV-723 TSE/TRJ |
|    V. ) | |
| ) | |
| U.S. FISH AND WILDLIFE SERVICE, ) | |
| U.S. DEPARTMENT OF THE ) | |
| INTERIOR, ) | |
| ) | |
|    DEFENDANTS ) | |

**PLAINTIFF'S EXHIBIT F**

**TO PLAINTIFF'S REPLY IN SUPPORT OF ITS APPLICATION FOR ATTORNEYS' FEES AND COSTS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AMERICAN BIRD CONSERVANCY, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION NO. 1:13-CV-723 TSE/TRJ |
| V. ) | |
| ) | |
| U.S. FISH AND WILDLIFE SERVICE ) | |
| U.S. DEPARTMENT OF THE ) | |
| INTERIOR, ) | |
| ) | |
| DEFENDANTS ) | |

## SUPPLEMENTAL DECLARATION OF ERIC R. GLITZENSTEIN

1. This Declaration supplements the Declaration I submitted in support of plaintiff's fee application on September 11, 2014. *See* ECF No. 46-2. I have reviewed my contemporaneous time records and they reflect that I have spent 18.09 hours drafting plaintiff's reply memorandum in support of its application for fees.

2. In their response to plaintiff's fee petition, Defendants have objected to approximately thirteen hours of attorneys' time spent in preparing a motion for a *Vaughn* index. That motion was in fact prepared but not filed because plaintiff was able to reach an agreement with Defendants for an enforceable schedule for the production of such an index.

Pursuant to 28 U.S.C. § 1746, I swear under penalty that the foregoing is true and correct to the best of my knowledge.

Eric R. Glitzenstein

Dated: October 8, 2014